PD-0601-15

PD-0601-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/19/2015 4:26:07 PM
Accepted 5/22/2015 10:00:51 AM
ABEL ACOSTA
CLERK

NO._____

| | | |
|---|---|---|
| **JAMES SCOTT FRELS** | § | **IN THE TEXAS COURT** |
| | § | |
| vs. | § | **OF CRIMINAL APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **AUSTIN, TEXAS** |

ON APPEAL FROM CAUSE NO. 12-13-00241-CR IN THE 12TH COURT OF APPEALS, TYLER, TEXAS APPEALED FROM CAUSE NO. 9953 258TH JUDICIAL DISTRICT COURT, TRINITY COUNTY, TEXAS

**MOTION TO EXTEND TIME TO FILE APPEALANT'S PETITION FOR DISCRETIONARY REVIEW**

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes James Scott Frels, Appellant, in the above styled and numbered cause, and moves the Texas Supreme Court to grant an extension of time to file his Petition for Review, pursuant to TEX. R. APP. P. 10.5(b) and for good cause shows the following:

This case is on appeal from the 12th Court of Appeals in Tyler, Texas which originally was appealed from the 258th Judicial District Court of Trinity County, Texas. On April 22, 2015, the 12th Court of Appeals issued its Memorandum Opinion affirming the trials court decision.

1.     The case is styled the State of Texas vs. James Scott Frels, and numbered # 9953.

2.     Appellant was convicted of Aggravated Sexual Assault of a Child , two counts, and Indecency with Child on March 6, 2015

3. Appellant was assessed a sentence of seventy-five (75) years in the Aggravate Sexual Assault of a Child and twenty (20) years for the Indecency with a Child imprisonment in the Texas Department of Corrections -Institutional Division.

4. On March 26, 201, Frels filed his Motion for New Trial. On May 6, 2013, the trial court denied Frels' Motion for New Trial. Pursuant to TEX. R. APP. P. 26.2, Notice of Appeal filed on May 6, 2013.

5. Defendant is incarcerated in TDCJ, Alfred Hughes Unit.

6. Appellant relies on the following facts as good cause for the requested extension: During the first thirty day period to prior filing the Petition for Discretionary Review, appellant's counsel has been involved in numerous jury trial settings and scheduled in three felony jury selection periods with cases pending as well as two misdemeanor jury selections with several cases pending on the docket which he had to prepare for trial. On April 28, 2015, appellant's counsel was appointed to Carlos Rosales in the federal court for the Eastern District of Texas in case, No. 1:15-CR-00019, and had to travel to Beaumont on April 29, 2015 for arraignment and the following day April 30, 2015, to a counsel's meeting which took all day counsel also has a Petition for Review in Cause No. 15.0351, in The Texas Supreme Court In The Matter of D.A.B, a juvenile, which is due on May 26,

2015 . The undersigned counsel believes that he can complete the brief during the next thirty (30) days extension if an extension is granted.

7.      The State does not oppose an extension in this cause.

8.      Appellant requests an extension of time of thirty (30) days from the present date or until June 19, 2015 to file his Petition for Discretionary Review with the Texas Court of Criminal Appeals.

        **WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Petition for Discretionary Review, and for such other and further relief as the Texas Supreme Court may deem appropriate.

                                        Respectfully submitted,

                                        *Albert J. Charanza, Jr.*
                                        Albert J. Charanza, Jr.
                                        Charanza Law Office, P.C.
                                        P.O. Box 1825
                                        Lufkin, Texas 75902
                                        936-634-8568
                                        936-634-0306 (fax)
                                        State Bar No. 00783820

### CERTIFICATE OF SERVICE

        The undersigned attorney certifies that a true and correct copy of the foregoing MOTION TO EXTEND TIME TO FILE APPEALANT'S PETITION FOR DISCRETIONARY REVIEW was served upon the District Attorney's Office, Mr. Bennie Shiro Trinity County, Texas, Po.Box 400, Groveton, Texas 75845 on May 19, 2015 by facsimile.

                                        *Albert J. Charanza, Jr.*
                                        Albert J. Charanza J